UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNILOG, UNITED LOGISTICS & SHIPPING
OPERATORS LTD. a/k/a UNILOG LTD.,

                Plaintiff,

      -against-

PELLISTERA INC. and SAMMARINA
SHIPPING & TRADING,

                Defendant.
------------------------------------------------------------X

08-Civ-10712 (NRB)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/09
```

### ORDER DIRECTING WACHOVIA BANK AND JP MORGAN CHASE BANK TO PAY ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

**WHEREAS** WACHOVIA BANK and JP MORGAN CHASE BANK are garnishees of assets of Defendants in the amounts of US$960.00 and US$6,472.92, respectively, pursuant to process of maritime attachment issued in the above-captioned maritime action pursuant to Order of this Court; and

**WHEREAS** the Plaintiff hereby applies for an Order that the funds attached at WACHOVIA BANK and JP MORGAN CHASE BANK should be paid into the Registry of the Court and deposited in an interest bearing account; and good cause having been shown for such an order;

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Garnishees shall pay the attached funds into the Registry of this Court and Garnishees shall have discharged their obligations as garnishees in this action upon making such payment of the attached funds into the Registry of this Court; and it is further

**ORDERED** that the Clerk of the Court shall deposit the attached funds in an account in which the attached funds will earn interest to abide the further Order of this Court.

Dated: New York, New York

July 27, 2009

SO ORDERED:

Naomi R. Buchwald, U.S.D.J.